UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBBIE EINMO,

                Plaintiff,

vs.                                            Case No. 8:06-CV-1371-T-27TBM

AECOM GOVERNMENT SERVICES, INC.; et al.,

                Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun recommending that Defendant Aecom Government Services, Inc.'s Motion to Dismiss Amended Complaint (Dkt. 12) be GRANTED. (Dkt. 26). Neither party filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation (Dkt. 26) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendant Aecom Government Services, Inc.'s Motion to Dismiss Amended Complaint (Dkt. 12) is GRANTED. Defendant Aecom Government Services, Inc. is DISMISSED from this case.

**DONE AND ORDERED** in Tampa, Florida, on this 21st day of August, 2007.

                                                          JAMES D. WHITTEMORE
                                                          **United States District Judge**

Copies to:
Counsel of Record