UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBBIE EINMO,

          Plaintiff,

vs.                                      Case No. 8:06-CV-1371-T-27TBM

CSA, LTD; et al.,

          Defendants.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by Magistrate Judge Thomas B. McCoun recommending that Defendants' Motion to Dismiss Amended Complaint Against CSA, Ltd., Combat Support Associates & SMI International Corporation for Failure to Timely Serve Process (Dkt. 20) be GRANTED. (Dkt. 25). No party has filed written objections to the Report and Recommendation, and the time for doing so has expired.

After careful consideration of Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is

**ORDERED AND ADJUDGED** that

1) The Report and Recommendation (Dkt. 25) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2) Defendants' Motion to Dismiss Amended Complaint Against CSA, Ltd., Combat Support Associates and SMI International Corporation for Failure to Timely Serve Process (Dkt. 20) is GRANTED. Defendants CSA, Ltd., Combat Support Associates and SMI International Corporation are DISMISSED from this case without prejudice.

**DONE AND ORDERED** in Tampa, Florida, on this 21st day of August, 2007.

                                                          JAMES D. WHITTEMORE
                                                          United States District Judge

Copies to:
Counsel of Record